**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1691**

JOE JOHNSON,

        Plaintiff - Appellant,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:15-cv-00558-PWG)

Submitted:  November 17, 2016      Decided:  November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe Johnson, Appellant Pro Se.  Sandy David Baron, Meredith Campbell, Joy Catherine Einstein, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, PA, Potomac, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Johnson appeals the district court's orders granting him leave to amend his complaint, granting Defendant's motion to dismiss, and denying his motion for reconsideration. See Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm. Johnson v. Experian Info. Sols., Inc., No. 8:15-cv-00558-PWG (D. Md. Mar. 16, 2015; Nov. 17, 2015; filed May 17, 2016 & entered May 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED